# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

**CR 08   0575   JSW**

LAKEESHA JEFFERSON

E-filing

DEFENDANT(S).

---

## INDICTMENT

Count One - Title 18, United States Code, Section 287 - Presenting False, Fictitious and Fraudulent Claims to a Government Agency (Class D. Felony)

Count Two - Title 18, United States Code, Section 641 - Theft of Government Property (Class C Felony)

---

A true bill.

_____ Foreman

Filed in open court this _26th_ day of
_Aug. 2008_.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ _Summons: 9:30 a.m. JL_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Count 1 - 18 U.S.C. § 287 - Presenting False, Fictitious and Fraudulent Claims to a Govt. Agency; Count 2 - 18 U.S.C. § 641 - Theft of Govt. Property

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

E-filing

**DEFENDANT - U.S.**

▶ LAKEESHA JEFFERSON

DISTRICT COURT NUMBER

CR 08   0575

DEFENDANT — JSW

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DHS SA Robert Falche / HUD SA James Luu

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☒ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 1, 2008, 9:30 am

Before Judge: Judge James Larson

Comments:

# UNITED STATES V. LAKEESHA JEFFERSON

## PENALTY SHEET

*Count 1*:  18 U.S.C. section 287
(Presenting False, Fictitious and Fraudulent Claims to a Government Agent)
Class D Felony

Maximum Penalties:
5 years imprisonment
$250,000 fine
3 years supervised release
$100 mandatory special assessment

*Count 2*:  18 U.S.C. section 641
(Theft of Public Money)
Class C Felony

Maximum Penalties:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 mandatory special assessment

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5                                    **E-filing**
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        ) CR 08    No.  0575  JSW
                                     )
13                                   ) VIOLATIONS:
         Plaintiff,                  )
14                                   ) Count One - Title 18, United States Code,
         v.                          ) Section 287 - Presenting False, Fictitious
15                                   ) and Fraudulent Claims to a
    LAKEESHA JEFFERSON,              ) Government Agency (Class D Felony)
16                                   ) Count Two - Title 18, United States Code,
         Defendant.                  ) Section 641 - Theft of Government Property
17  _____  ) (Class C Felony)
18                                     SAN FRANCISCO VENUE
19                              I N D I C T M E N T
20  The Grand Jury charges:
21  COUNT ONE: (18 U.S.C. § 287 - Presenting False, Fictitious and Fraudulent Claims to a
22  Government Agency)
23       On or about and between October 1, 2004 and January 8, 2005, in the Northern District of
24  California, the defendant,
25                              LAKEESHA JEFFERSON,
26  did knowingly make and present a claim upon the United States and a department and agency
27  thereof, to wit: the Federal Emergency Management Agency, knowing that claim to be false,
28  fictitious, and fraudulent, in violation of Title 18, United States Code, section 287.

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 641 - Theft of Public Money)

2      On or about and between December 20, 2004 and October 3, 2006, in the Northern District

3  of California, the defendant,

4                          LAKEESHA JEFFERSON,

5  did knowingly embezzle, steal, purloin, and convert to her use money and a thing of value of the

6  United States and a department and agency thereof, to wit: Department of Housing and Urban

7  Development benefits having a value in excess of one thousand dollars, and did receive, conceal,

8  and retain such money and thing of value with the intent to convert it to her gain, knowing it to

9  have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States

10 Code, Section 641.

11

12 DATED: August 26, 2008.                       A TRUE BILL.

13

14                                                    FOREPERSON

15

16 JOSEPH P. RUSSONIELLO
   United States Attorney

17

18

19 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

20

21

22 (Approved as to form: _____
                      Denise Marie Barton

23                       Assistant United States Attorney

24

25

26

27

28

INDICTMENT