# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED
08 AUG 26 PM 3: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

### UNITED STATES OF AMERICA,

### V.

*E-filing*

## CR 08    0575    JSW

### LAKEESHA JEFFERSON

### DEFENDANT(S).

# INDICTMENT

Count One - Title 18, United States Code, Section 287 - Presenting False, Fictitious and Fraudulent Claims to a Government Agency (Class D. Felony)

Count Two -Title 18, United States Code, Section 641 -Theft of Government Property (Class C Felony)

A true bill.

_____
Foreman

Filed in open court this ___26th___ day of
___Aug. 2008___.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ ___Summons : 9:30 a.m. JL___

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT    |    Name of District Court, and/or Judge/Magistrate Location
                                    ☐ SUPERSEDING         NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Count 1 - 18 U.S.C. § 287 -          ☐ Petty
Presenting False, Fictitious and     ☐ Minor
Fraudulent Claims to a               ☐ Misde-
Govt. Agency ; Count 2 - 18 U.S.C.       meanor
§ 641 - Theft of Govt. Property      ☒ Felony

PENALTY:

See Attached Penalty Sheet    **E-filing**

─ **DEFENDANT - U.S.** ─

▶ LAKEESHA JEFFERSON

DISTRICT COURT NUMBER

**CR 08      0575**

**JSW**

─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DHS SA Robert Falche / HUD SA James Luu

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on          **SHOW**
   motion of:                    **DOCKET NO.**
   ☐ U.S. Att'y ☐ Defense   }
☐ this prosecution relates to a
   pending case involving this same
   defendant                     **MAGISTRATE**
☐ prior proceedings or appearance(s)  **CASE NO.**
   before U.S. Magistrate regarding
   this defendant were recorded under ▶

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other   }  ☐ Fed'l  ☐ State
        charges

    If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes   } If "Yes"
been filed?     ☐ No       give date
                           filed

**DATE OF**  ▶           Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

Name and Office of Person
Furnishing Information on     Joseph P. Russoniello
     THIS FORM
              ☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
   (if assigned)    Denise Marie Barton

**DATE TRANSFERRED** ▶    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:

☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
   ☒ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
   Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 1, 2008, 9:30 am

Before Judge: Judge James Larson

Comments:

## UNITED STATES V. LAKEESHA JEFFERSON

### PENALTY SHEET

*Count 1*:      18 U.S.C. section 287

(Presenting False, Fictitious and Fraudulent Claims to a Government Agent)

Class D Felony

Maximum Penalties:

5 years imprisonment

$250,000 fine

3 years supervised release

$100 mandatory special assessment

*Count 2*:      18 U.S.C. section 641

(Theft of Public Money)

Class C Felony

Maximum Penalties:

10 years imprisonment

$250,000 fine

3 years supervised release

$100 mandatory special assessment

-1-



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6                              **E-filing**

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              CR 08.    No.    0575    JSW

13         Plaintiff,                      )    VIOLATIONS:
                                           )
14      v.                                 )    Count One - Title 18, United States Code,
                                           )    Section 287 - Presenting False, Fictitious
15  LAKEESHA JEFFERSON,                    )    and Fraudulent Claims to a
                                           )    Government Agency (Class D Felony)
16         Defendant.                      )    Count Two - Title 18, United States Code,
                                           )    Section 641 - Theft of Government Property
17  _____ )       (Class C Felony)

18                              SAN FRANCISCO VENUE

19                       I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE: (18 U.S.C. § 287 - Presenting False, Fictitious and Fraudulent Claims to a

22  Government Agency)

23      On or about and between October 1, 2004 and January 8, 2005, in the Northern District of

24  California, the defendant,

25                          LAKEESHA JEFFERSON,

26  did knowingly make and present a claim upon the United States and a department and agency

27  thereof, to wit: the Federal Emergency Management Agency, knowing that claim to be false,

28  fictitious, and fraudulent, in violation of Title 18, United States Code, section 287.

    INDICTMENT

1   COUNT TWO: (18 U.S.C. § 641 - Theft of Public Money)

2     On or about and between December 20, 2004 and October 3, 2006, in the Northern District

3   of California, the defendant,

4              LAKEESHA JEFFERSON,

5   did knowingly embezzle, steal, purloin, and convert to her use money and a thing of value of the

6   United States and a department and agency thereof, to wit: Department of Housing and Urban

7   Development benefits having a value in excess of one thousand dollars, and did receive, conceal,

8   and retain such money and thing of value with the intent to convert it to her gain, knowing it to

9   have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States

10  Code, Section 641.

11

12  DATED: August 26, 2008.        A TRUE BILL.

13

14                 FOREPERSON

15

16  JOSEPH P. RUSSONIELLO
    United States Attorney

17

18

19  KYLE F. WALDINGER
    Deputy Chief, Major Crimes Section

20

21

22  (Approved as to form: Denise Marie Barton

23         Assistant United States Attorney

24

25

26

27

28

    INDICTMENT